Walter A. BUCK et al., Executor and Executrix, etc., v. COMMISSIONER OF INTERNAL REVENUE.

No. 7912.

Circuit Court of Appeals, Ninth Circuit.

Oct. 12, 1936.

Norman A. Eisner, of San Francisco, Cal., for petitioners.

Robert H. Jackson, Asst. Atty. Gen., for respondent.

Before GARRECHT, DENMAN, and HANEY, Circuit Judges.

PER CURIAM.

Upon consideration of stipulation of counsel, and it appearing that this cause is governed by the decision of this court in O'Rourke v. Comm'r, 81 F.(2d) 668, it is ordered that the order of the Board of Tax Appeals herein be affirmed, that a judgment be filed and entered accordingly, and the mandate of this court issued forthwith.

Clair R. CARR (Successor of George E. Fritz), Receiver of the Bank of Hubbardston, Appellant, v. The NATIONAL BANK OF IONIA et al., Appellees.

No. 7040.

Circuit Court of Appeals, Sixth Circuit.

June 30, 1936.

Brake & Davis, of Stanton, Mich., for appellant.

Glenn D. Mathews, of Ionia, Mich., for appellees.

Before MOORMAN, HICKS, and ALLEN, Circuit Judges.

PER CURIAM.

The decree in this cause is affirmed on the grounds and for the reasons stated in the opinion of the trial court of May 21, 1934. 16 F.Supp. 233.

CARLISLE LUMBER CO. v. Charles W. HOPE, etc.

No. 8159.

Circuit Court of Appeals, Ninth Circuit.

Sept. 21, 1936.

Theodore B. Bruener, of Aberdeen, Wash., and Charles H. Paul, of Longview, Wash., for appellant.

Charles Fahy, Gen. Counsel, National Labor Relations Board, of Washington, D. C., J. Charles Dennis, U. S. Atty., Owen P. Hughes, Asst. U. S. Atty., and E. J. Eagen, Atty., National Labor Relations Board, all of Seattle, Wash., and Clifford D. O'Brien, Atty., National Labor Relations Board, of Portland, Or., for appellees.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of appellees, ordered appeal dismissed for failure of appellant to print record and file brief as required; mandate forthwith.